ACCEPTED
04-14-00913-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 10:47:46 PM
KEITH HOTTLE
CLERK

**No. 01 14 00267 CV**

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2015 10:47:46 PM
KEITH E. HOTTLE
Clerk

**David Medrano,** *Appellant*

v.

**Fidelity Insurance**, *Appellee*

**On Appeal from the 37th District Court
Bexar County, Texas
Trail Court Case No. 2008 CI 00027**

_____

**PROOF OF PAYMENT**
_____

To the Honorable 4th Court of Appeals:

Now Comes **David Medrano** and submits this its proof of payment for record.

The receipt is attached as Exhibit A

Respectfully submitted,

The Law Office of
Albert W. Van Cleave, III PLLC

 /s/  Gregory T. Van Cleave____
Gregory T. Van Cleave
Texas State Bar No. 24037881
1520 W. Hildebrand
San Antonio, TX  78201
Telephone: 210/341-6588
Facsimile: 210/341-6589
Email: greg@vancleavelaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second Agreed Motion To Extend

Time to File Appellee's Brief was served on opposing counsel, July 28, 2014.

Fidelity National Title Insurance Company,
Successor by Merger Lawyers Title Insurance Company
By and through its attorney of record:

Aaron Barton
Fred R. Jones

Goode Casseb & Jones PC                                    Via Texas E- File
2122 N Main Ave
PO Box 120480
San Antonio, TX  78212

Deutsche Bank National Trust Company
By and through its attorney of record:

Valerie Henderson
Kari Lynn Robinson

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC        Via Texas E- File
1301 McKinney St Ste 3700
Houston, TX  77010

Hinojosa, Celine
By and through its attorney of record:

Thomas E. Quirk                                            Via Texas E- File
Aaron & Quirk, LLP
8700 Crownhill Blvd, Suite 600
San Antonio, TX  78209


                              /s/  Gregory T. Van Cleave____
                              Gregory T. Van Cleave
                              Texas State Bar No. 24037881